

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00218-CV

David **GOAD**,
Appellant

v.

Eric **STREY** and Does 1 through 10,
Appellees

From the County Court, Guadalupe County, Texas
Trial Court No. 2014-CV-0392
Honorable Robin V. Dwyer, Judge Presiding

**Consolidated with**

No. 04-15-00219-CV

David **GOAD**,
Appellant

v.

Jamie **OSBORNE**,
Appellee

From the County Court, Guadalupe County, Texas
Trial Court No. 2014-CV-0393
Honorable Robin V. Dwyer, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, these appeals are DISMISSED.

It is ORDERED that no costs shall be assessed against appellant, David Goad, because he is indigent.

SIGNED November 4, 2015.

_Luz Elena D. Chapa_

Luz Elena D. Chapa, Justice